| | |
|---|---|
| 1 | WILSON TURNER KOSMO LLP |
| | MERYL C. MANEKER (188342) |
| 2 | HUBERT KIM (204957) |
| | 550 West C Street, Suite 1050 |
| 3 | San Diego, California 92101 |
| | Telephone: (619) 236-9600 |
| 4 | Facsimile: (619) 236-9669 |
| | E-mail: mmaneker@wilsonturnerkosmo.com |
| 5 | E-mail: hkim@wilsonturnerkosmo.com |

Attorneys for Defendant
MONITRONICS INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRUCE RORTY, | Case No. 2:16-cv-6542 |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 and 1441 (a) (FEDERAL QUESTION)** |
| MONITRONICS INTERNATIONAL, INC.; PROTECT AMERICA, INC.; ADT LLC d/b/a ADT SECURITY SERVICES; MAXIMUM SECURITY ALARMS, INC.; SAVEOLOGY.COM, LLC; GE HOME SECURITY, a business organization, form unknown; SECURITY SOLUTIONS, a business organization, form unknown; LOGIC SECURITY SYSTEMS, a business organization, form unknown; and DOES 1 to 100, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant MONITRONICS INTERNATIONAL, INC. ("Defendant"), hereby removes this action from the Superior Court of the State of California, County of Los Angeles, Southwest District, to the United States District Court for the Central District of California, Western

Division pursuant to 28 U.S.C. sections 1331, 1441, and 1446, and sets forth the following in support of its Notice of Removal of Action:

1. On January 4, 2016, an action was commenced in the Superior Court of the State of California, County of Los Angeles, Southwest District, entitled *Bruce Rorty v. Monitronics International, Inc., et al.*, Case No. YC071058.  The Summons and Complaint were served upon Defendant on August 8, 2016.  A true and correct copy of the Summons and Complaint is attached hereto as Exhibit A.

2. Plaintiff Bruce Rorty ("Plaintiff") alleges the following causes of action against defendants:  (1) Unlawful Telemarketing Calls - 47 U.S.C. § 227 (c)(5); and (2) Unlawful Telemarketing Calls - 47 U.S.C. § 227 (b).

3. On August 8, 2016, Plaintiff served Defendant ADT LLC d/b/a ADT Security Services ("ADT") with the Summons and Complaint.  A true and correct copy of the proof of service is included within the attached Exhibit B.

4. On August 8, 2016, Plaintiff served Defendant Protect America, Inc. ("Protect America") with the Summons and Complaint.  A true and correct copy of the proof of service is included within the attached Exhibit B.

5. On August 8, 2016, Plaintiff filed a Request for Dismissal without prejudice of Defendants Maximum Security Alarms, Inc., GE Home Security, Security Solutions, Logic Security Systems, and Saveology.com, LLC.  Dismissal of these defendants was entered by the Superior Court of the State of California, County of Los Angeles on August 8, 2016.  A true and correct copy of the entered Request for Dismissal is included within the attached Exhibit B.

6. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. section 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. section 1441(a) in that the action arises under federal law, specifically, the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. section 227.

DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 AND 1441 (a) (FEDERAL QUESTION)

## The Requirements for Removal Are Met

7. This Notice of Removal is being filed within thirty (30) days after service on Defendant of Plaintiff's Complaint setting forth the claims for relief upon which his action is based. Therefore, this Notice is timely filed under 28 U.S.C. section 1446(b).

8. The counsel named in the caption above is counsel for Defendant.

9. This Notice of Removal is being filed on behalf of Defendant.

10. Removal to this Court is proper, as the Superior Court of the State of California, County of Los Angeles (where this action was originally filed) is located within this district.

11. A true and correct copy of all other process, pleadings, and orders served in this action at the time of this removal and known to Defendant is attached as Exhibit B. Pursuant to 28 U.S.C. section 1446(a), and to the best of Defendant's knowledge, Exhibits A and B constitute all the process, pleadings, and orders served in this action at the time of this removal.

12. Counsel for Defendant certifies that Defendant will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles, and give notice of same to counsel for Plaintiff.

13. Counsel for Defendant also certifies that the remaining defendants, ADT and Protect America, join in this Notice of Removal.

Dated:   August 31. 2016            **WILSON TURNER KOSMO LLP**

By:   /s/ Meryl C. Maneker
MERYL C. MANEKER
mmaneker@wilsonturnerkosmo.com
HUBERT KIM
hkim@wilsonturnerkosmo.com
Attorneys for Defendant MONITRONICS INTERNATIONAL, INC.