# United States District Court
# Central District of California

| | |
|---|---|
| BRUCE RORTY,<br><br>        Plaintiff,<br><br>   v.<br><br>MONITRONICS INTERNATIONAL, INC.; PROTECT AMERICA, INC.; ADT LLC; and DOES 1–100, inclusive,<br><br>        Defendants. | Case № 2:16-cv-06542-ODW (PLA)<br><br>**ORDER TO SHOW CAUSE RE: TRANSFER TO MULTIDISTRICT LITIGATION COURT, MDL NO. 2493** |

On December 16, 2013, the Judicial Panel on Multidistrict Litigation created MDL No. 2493, *In Re: Monitronics International, Inc. Telephone Consumer Protection Act Litigation*. The Panel's Transfer Order designated the Northern District of West Virginia as the transferee court and the Honorable John P. Bailey as the presiding judge for all related matters.

This Court now asks the parties if the case at bar involves such common questions of fact with the motions transferred to MDL No. 2493 that transfer to the MDL court in the Northern District of West Virginia is now appropriate. Alternatively, parties are to explain why, in the face of any commonalities between this action and those under the MDL, this matter should remain before this Court.

Parties are to respond, in writing, to the above questions, including by joint stipulation, by September 23, 2016.  A request by Defendant for the Judicial Panel to transfer the case at bar under Judicial Panel on Multidistrict Litigation Rule 7.1(a) will be considered a valid response to this Order.

All other dates and deadlines in this action **REMAIN** on calendar.

**IT IS SO ORDERED.**

September 9, 2016

_____
                **OTIS D. WRIGHT, II**
         **UNITED STATES DISTRICT JUDGE**