O

# United States District Court
# Central District of California

| | |
|---|---|
| BRUCE RORTY,<br><br>              Plaintiff,<br><br>      v.<br><br>MONITRONICS INTERNATIONAL, INC.; PROTECT AMERICA, INC.; ADT LLC; and DOES 1–100, inclusive,<br><br>              Defendants. | Case № 2:16-cv-06542-ODW (PLA)<br><br>**ORDER STAYING CASE PENDING DEFENDANT MONITRONICS' MOTION TO TRANSFER** |

      On December 16, 2013, the Judicial Panel on Multidistrict Litigation ("the Panel") created MDL No. 2493, *In Re: Monitronics International, Inc. Telephone Consumer Protection Act Litigation*. The Panel's Transfer Order designated the Northern District of West Virginia as the transferee court and the Honorable John P. Bailey as the presiding judge for all related matters.

      On September 22, 2016, Monitronics filed a motion with the Panel to transfer this case to the Northern District of West Virginia for consolidation or coordinated pretrial proceedings with similar cases in MDL No. 2493. (ECF No. 12); *see also* 28 U.S.C. § 1407(c)(ii) (allowing a party to initiate a transfer by filing an appropriate motion with the Panel). After reviewing the parties' filings in this case, the Court

finds it appropriate to **STAY** this matter pending the Panel's decision on Monitronics' motion.

Accordingly, all dates and deadlines are **VACATED**.  Should the Panel choose not to transfer this case, the Court will issue an order resetting the Scheduling Conference.  Monitronics is ordered to file a copy of the Panel's decision with the Court within **TEN DAYS** of the decision's issuance.

**IT IS SO ORDERED.**

September 30, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**